```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
AMEER LAWSON,

                    Petitioner,                                             JUDGMENT

         - against -                                                        04-CV-2345 (RRM)

M. P. McGINNIS,
Superintendent, Southport Correctional Facility,

                    Respondent.
----------------------------------------------------------X
```

A Memorandum and Order having been filed this day, denying the petition for a writ of habeas corpus, denying the motion for an evidentiary hearing, denying a certificate of appealability, and directing the Clerk of Court to close this case, it is

**ORDERED AND ADJUDGED** that petitioner take nothing of respondent; that the petition for a writ of habeas corpus is denied; that a certificate of appealability is denied; and that this case is hereby closed. The Clerk of the Court is directed to send a copy of this Judgment and the accompanying Memorandum and Order to the petitioner.

Dated: Brooklyn, New York                                *Roslynn R. Mauskopf*
       February 28, 2013                                    _____
                                                                               ROSLYNN R. MAUSKOPF
                                                                               United States District Judge